# UNITED STATES DISTRICT COURT

for the
Southern District of Ohio

| | |
|---|---|
| **ABC IP, LLC and RARE BREED TRIGGERS INC., and RBTM LLC** | ) |
| | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-cv-00658-DRC |
| | ) |
| | ) |
| **Mist Distributors, LLC and Arthur R. Thomson** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Isaac Okata, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Mist Distributors, LLC in Montgomery County, OH on July 9, 2026 at 1:44 pm at 5703-D Webster Street, Dayton, OH 45414 by leaving the following documents with Aurora Thompson who as Receptionist is authorized by appointment or by law to receive service of process for Mist Distributors, LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR PATENT INFRINGEMENT
1-3 - Exhibit 159 Patent
SUMMONS IN A CIVIL ACTION
SUMMONS IN A CIVIL ACTION
1-4 - Exhibit 403 Patent
CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)(1) OF THE FEDERAL
RULES OF CIVIL PROCEDURE
3 - AO 120 Emailed to PTO
1-1 - Exhibit 247 Patent
CLERK'S NOTICE OF NON-COMPLIANCE WITH S.D. OHIO CIV. R. 5.1(c)
1-2 - Exhibit 784 Patent
CIVIL COVER SHEET
REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR
TRADEMARK

6-2 - Ex 2
6-4 - Ex 4
6-1 - Ex 1
6-3 - Ex 3
COMPLAINT FOR PATENT INFRINGEMENT

Additional Description:
Aurora Thompson.
Race: Black or African American, Sex: Female, Est. Age: 25-34, Hair: Blonde, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.8265673261,-84.1810483154
Photograph: See Exhibit 1


Total Cost: $203.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

   Greene County                              ,

      OH        on     7/10/2026           .

/s/ *Isaac Okata*

Signature
Isaac Okata
+1 (937) 993-4562

Exhibit 1a)

